**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**Case No.:4:10-cv-00306-SPM-WCS**

EMILY R. ADAMS, Individually and on behalf of
all others similarly situated;

    Plaintiffs,

v.

BP, PLC; BP AMERICA, INC,; BP PRODUCTS
NORTH AMERICA, INC.; BP AMERICA
PRODUCTION COMPANY; BP EXPLORATION &
PRODUCTION, INC.; ANADARKO PETROLEUM
CORPORATION; ANADARKO E&P COMPANY, LP:
MOEX OFFSHORE 2007, LLC;TRANSOCEAN LTD.;
TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN
OFFSHORE DEEPWATER DRILLING, INC.;
TRANSOCEAN HOLDINGS, LLC,; TRITON ASSET
LEASING GMBH; HALLIBURTON ENERGY
SERVICES, INC.; M-I, LLC; WEATHERFORD US, LP;
DRIL QUIP, INC.; and CAMERON INTERNATIONAL
CORPORATION f/k/a COOPER CAMERON CORPORATION;
JOHN AND JANE DOES A-Z and CORPORATIONS A-Z,

    Defendants.
_____/

**CORPORATE DISCLOSURE STATEMENTS OF ANADARKO PETROLEUM
CORPORATION and ANADARKO E&P COMPANY, LP**

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges to evaluate possible disqualification or recusal, counsel for Defendants,

ANADARKO PETROLEUM CORPORATION and ANADARKO E&P COMPANY, LP, provide the following information:

1. Anadarko Petroleum Corporation is a publicly-traded company. No publically held corporation owns ten percent (10%) or more of Anadarko stock.

2. Anadarko E&P Company, LP is a wholly owned subsidiary of Anadarko Petroleum Corporation.

Dated July 28, 2010.

                                HOPPING GREEN & SAMS, P.A.

                                */s/ Richard S. Brightman*
                                Richard S. Brightman (richardb@hgslaw.com)
                                Florida Bar No. 347231
                                Gary K. Hunter, Jr. (garyh@hgslaw.com)
                                Florida Bar No. 949779
                                Hopping Green & Sams, P.A.
                                119 S. Monroe Street, Ste 300 (32301-1529)
                                P. O. Box 6526
                                Tallahassee, FL 32314-6526
                                850.222.7500 (phone)
                                850.224.8551 (fax)

                                Attorneys for ANADARKO PETROLEUM CORPORATION and ANADARKO E&P COMPANY, LP

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this **28th** day of July, 2010 a true and correct copy of the foregoing **Corporate Disclosure Statement of Anadarko Petroleum Corporation and Anadarko E&P Company, LP** has been furnished by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system

                                          */s/ Richard S. Brightman*
                                          Attorney