**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

EMILY R. ADAMS,

      Plaintiff,

vs.                                                          4:10-CV-306-SPM/WCS

BP AMERICA INC, et al.

      Defendants.

_____/

## ORDER EXTENDING TIME

      **THIS CAUSE** comes before the Court upon the Defendants' Motions for

Extension of Time to Answer the Plaintiff's Complaint (docs. 4, 11, 12, 23, 24, 32,

33). The Plaintiff opposes the requests. However, as the Court finds these

requests to be reasonable, it is hereby **ORDERED AND ADJUDGED** as follows:

      1.     The Motions are *granted*.

      2.     All Defendants having requested such extensions of time shall

            have until October 1, 2010, to respond to the Plaintiff's Complaint.

      **DONE AND ORDERED** this underline eighteenth day of August, 2010.

              *s/ Stephan P. Mickle*
              Stephan P. Mickle
              Chief United States District Judge