**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

EMILY R. ADAMS,,

    Plaintiff,

vs.                                                CASE NO.: 4:10-CV-306-SPM/WCS

BP PLC, et al.,

    Defendants.

_____
_____/

**ORDER STAYING ALL PROCEEDINGS
PENDING JPML DECISION**

THIS CAUSE comes before the Court upon the Defendants' Motions to Stay the Proceedings (docs. 5, 30). This case involves a suit to recover damages arising out of an oil rig explosion and ensuing oil spill in the Gulf of Mexico. Defendants request that this Court stay all proceedings in this case pending a ruling from the Judicial Panel on Multidistrict Litigation ("JPML") on whether to transfer this case to the United States District Court for the Eastern District of Louisiana, along with several related cases involving this incident which have already been so transferred. The Court finds this request to be reasonable, as the stay will preserve judicial resources in the event that the cases are ultimately consolidated. Accordingly, it is

ORDERED AND ADJUDGED as follows:

1. The Motions to Stay (docs. 5, 30) are hereby **granted**.

2. All proceedings and deadlines in this case are temporarily stayed, pending the JPML's final decision on whether to transfer this action to the Eastern District of Louisiana.

3. Defendants shall file a status report apprising the Court of the status of the transfer request before the JPML on or before November 1, 2010.

DONE AND ORDERED this second day of September, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge