A CERTIFIED TRUE COPY
ATTEST

By Jakeia R. Mells on Sep 15, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 SEP 15  PM 4: 42

LORETTA G. WHYTE
CLERK

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Aug 31, 2010

FILED
CLERK'S OFFICE

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010**          MDL No. 2179

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-2)**

On August 10, 2010, the Panel transferred 46 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* ___F.Supp.2d___ (J.P.M.L. 2010). With the consent of that court, all such actions have been assigned to the Honorable Carl J. Barbier.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Barbier.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of August 10, 2010, and, with the consent of that court, assigned to the Honorable Carl J. Barbier.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana.  The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 15, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

CLERK'S OFFICE
A TRUE COPY

Sep 16 2010

Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA

___Fee _____
___Process_____
_x_ Dktd _____
___CtRmDep_____
___Doc. No._____

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010        MDL No. 2179

### SCHEDULE CTO-2 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.J/1 |
|---|---|---|
| **FLORIDA MIDDLE** | | |
| FLM 2 10-380 | The Cynthia Joannou Revocable Trust, etc. v. BP, PLC, et al. | 10-3075 |
| FLM 3 10-468 | Vickie Nobles v. BP Exploration & Production, Inc., et al. | 10-3076 |
| FLM 8 10-1312 | Narcosis, Inc. v. BP, PLC, et al. | 10-3077 |
| FLM 8 10-1316 | East Shore Land Development, LLC v. BP, PLC, et al. | 10-3078 |
| FLM 8 10-1317 | Gold Fingers Jewelers & Gift Shop, Inc. v. BP, PLC, et al. | 10-3079 |
| FLM 8 10-1318 | Athanasios Gionis, et al. v. BP, PLC, et al. | 10-3080 |
| FLM 8 10-1319 | James Galaris, et al. v. BP, PLC, et al, | 10-3081 |
| FLM 8 10-1320 | J.J.S. Properties, Inc. v. BP, PLC, et al. | 10-3082 |
| FLM 8 10-1337 | Vincent Coratella et al. v. BP, PLC, et al. | 10-3083 |
| FLM 8 10-1463 | Thomas Tom Fago v. BP, PLC, et al. | 10-3084 |
| FLM 8 10-1521 | Thomas Murphy, et al. v. BP, PLC, et al. | 10-3085 |
| **FLORIDA NORTHERN** | | |
| FLN 3 10-156 | Kilgore Realty, LLC v. Transocean, Ltd., et al. | 10-3086 |
| FLN 3 10-158 | Dacien Thane Creech v. Transocean, Ltd., et al. | 10-3087 |
| FLN 3 10-160 | Destin Fishing Fleet Inc., et al. v. BP, PLC, et al. | 10-3088 |
| FLN 3 10-177 | Smiling Fish Cafe, Inc. v. BP, PLC, et al. | 10-3089 |
| FLN 3 10-184 | Sandcastle Escapes, L.L.C. v. BP, PLC, et al. | 10-3090 |
| FLN 3 10-186 | Emerald Coast Property Group LLP v. BP, PLC, et al. | 10-3091 |
| FLN 3 10-191 | Bobby Merritt & Associates LLC, et al. v. Transocean, Ltd., et al. | 10-3092 |
| FLN 3 10-193 | Teodoro Ortega, et al. v. BP, PLC, et al. | 10-3093 |
| FLN 3 10-207 | Charles Evans v. BP, PLC, et al. | 10-3094 |
| FLN 3 10-229 | Dr. Seymour Stricker v. BP, PLC, et al. | 10-3095 |
| FLN 3 10-270 | Troy J. Moore v. BP America Inc. | 10-3096 |
| FLN 3 10-274 | Michele West, et al. v. BP, PLC, et al. | 10-3097 |
| FLN 4 10-223 | Barber's Seafood Inc. v. BP, PLC, et al. | 10-3098 |
| FLN 4 10-259 | Daniel Phillips v. BP, PLC, et al. | 10-3099 |
| FLN 4 10-306 | Emily R. Adams v. BP, PLC, et al. | 10-3100 |
| FLN 5 10-106 | Le Discount Seafood, Inc., et al. v. BP, PLC, et al. | 10-3101 |
| FLN 5 10-114 | Raffield Fisheries Inc., et al. v. BP, PLC, et al. | 10-3102 |
| FLN 5 10-124 | Hao Van Le, etc. v. BP, PLC, et al. | 10-3103 |
| FLN 5 10-127 | Woods Fisheries, Inc. v. BP, PLC, et al. | 10-3104 |
| **FLORIDA SOUTHERN** | | |
| FLS 0 10-61179 | Fred Cochran, et al. v. BP, PLC, et al. | 10-3105 |
| FLS 1 10-21694 | Casablanca Fish Market, Inc. v. BP Products North America, Inc., et al. | 10-3106 |
| FLS 1 10-21736 | Starchaser Inc., et al. v. BP, PLC, et al. | 10-3107 |
| FLS 4 10-10038 | Two Headed Shark, LLC, etc. v. Transocean Ltd., et al. | 10-3108 |
| FLS 4 10-10050 | Jose Manuel Olivera v. Transocean, Ltd., et al. | 10-3109 |

**MDL No. 2179 - Schedule CTO-2 Tag-Along Actions (Continued)**

EDLA
SEC.J/1

| | | | | |
|---|---|---|---|---|
| FLS 4 | 10-10051 | All Florida Keys Property Management, LLC v. Transocean, Ltd, et al. | | 10-3110 |
| FLS 4 | 10-10052 | Three Captains, Inc. v. Transocean, Ltd., et al. | | 10-3111 |
| FLS 4 | 10-10054 | Cory Shepardson, et al. v. BP, PLC, et al. | | 10-3112 |
| FLS 4 | 10-10057 | Danger Corp., etc. v. BP, PLC, et al. | | 10-3113 |
| FLS 4 | 10-10068 | Scott McCarty v. BP, PLC, et al. | | 10-3114 |
| FLS 4 | 10-10069 | Kevin Ware v. BP, PLC, et al. | | 10-3115 |

**TEXAS EASTERN**
TXE 1   10-445        Floyd, Floyd, Pearce of Beaumont, LP, et al. v. BP, PLC, et al.        10-3116

**TEXAS SOUTHERN**
~~TXS 4   10-2717~~        ~~M.P. Cheng, LLC, et al. v. BP Co. North America, Inc., et al.~~Opposed 9/10/10

**VIRGINIA EASTERN**
VAE 1   10-851        Kenn Hinton v. BP Corp. North America, Inc.        10-3118
VAE 1   10-852        Kenn Hinton v. BP Products North America, Inc.        10-3119

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

Barbara S. Jones
United States District Court
Southern District of New York

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:         [202] 502-2888
http://www.jpml.uscourts.gov

September 15, 2010

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re:  MDL No. 2179 -- IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico,
      on April 20, 2010

(See Attached CTO-2)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on August 31, 2010. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges, and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
        Jakeia Mells
        Case Administrator

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge:      Judge Carl J. Barbier

JPML Form 36A

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"**
**IN THE GULF OF MEXICO, ON APRIL 20, 2010**          MDL No. 2179

## PANEL SERVICE LIST (CTO-2)

Jeremy William Alters
ALTERS BOLDT BROWN RASH &
CULMO PA
4141 Northeast 2nd Avenue
Suite 201
Miami, FL 33137
**jeremy@abbrclaw.com**

Alejandro Alvarez
ALVAREZ LAW FIRM
355 Palermo Avenue
Coral Gables, FL 33134
**alex@integrityforjustice.com**

Mark Monroe Barber
BROAD & CASSEL
100 N. Tampa St., Suite 3500
Tampa, FL 33602
**Mbarber@broadandcassel.com**

Don John W. Barrett
BARRETT LAW OFFICES
404 Court Square North
P.O. Box 987
Lexington, MS 39095-0987
**dbarrett@barrettlawoffice.com**

Ginger Lynne Barry
BROAD & CASSEL
200 Grand Blvd.
Suite 205A
Destin, FL 32550
**gbarry@broadandcassel.com**

Samuel W. Bearman
SAMUEL W BEARMAN PA
820 North 12th Avenue
Pensacola, FL 32501
**sbearman@bellsouth.net**

David J. Beck
BECK REDDEN & SECREST LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010
**dbeck@brsfirm.com**

Pamela Beckham
BECKHAM & BECKHAM PA
1550 Miami Gardens Dr. NE
Suite 504
Miami Beach, FL 33179
**pambeckhamlaw@aol.com**

Jaime W. Betbeze
HAND ARENDALL LLC
RSA Tower
11 North Water Street
Suite 30200
Mobile, AL 36602
**jbetbeze@handarendall.com**

Noel Robert Boeke
HOLLAND & KNIGHT LLP
100 N. Tampa Street
Suite 4100
P.O. Box 1288
Tampa, FL 33601
**noel.boeke@hklaw.com**

Bruce W. Bowman, Jr.
GODWIN RONQUILLO PC
Renaissance Tower Suite 1700
1201 Elm St.
Dallas, TX 75270-2041
**bbowman@godwinronquillo.com**

Richard Stephen Brightman
HOPPING GREEN & SAMS PA
119 S. Monroe Street
Suite 300
Tallahassee, FL 32301
**richardb@hgslaw.com**

Glenn T. Burhans, Jr.
GREENBERG TRAURIG HOFFMAN
LIPOFF ROSEN & QUENTEL
101 E. College Avenue
P.O. Box 1838
Tallahassee, FL 32302-1838
**burhansg@gtlaw.com**

**MDL No. 2179 - Panel Service List (CTO-2) (Continued)**

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
**ecabraser@lchb.com**

Jorge Luis Carbonell, Jr.
ALVAREZ CARBONELL FELTMAN
JIMENEZ & GOMEZ PL
2100 Ponce De Leon Blvd., Suite 750
Coral Gables, FL 33134
**jlc@acglegal.com**

Jay Calvert Cooper
COOPER & NELSON LLP
1404 Dean Street, Suite 201
Ft Myers, FL 33901-2858
**jcalpa@yahoo.com**

Brian C. Costa
ALVAREZ CARBONELL FELTMAN
JIMENEZ & GOMEZ PL
2100 Ponce De Leon Blvd.
Suite 750
Coral Gables, FL 33134
**bcosta@acglegal.com**

James Riley Davis
AKERMAN SENTERFITT
106 E College Avenue, Suite 1200
Tallahassee, FL 32301
**riley.davis@akerman.com**

Jeffery J. Davis
JEFFERY J DAVIS PLLC
5615 Richmond Avenue
Suite 250
Houston, TX 77057
**jdavis@jjd-law.com**

James J. Dragna
BINGHAM MCCUTCHEN LLP
355 South Grand Avenue
Suite 4400
Los Angeles, CA 90071
**jim.dragna@bingham.com**

Damian Mark Fletcher
HINSHAW & CULBERTSON LLP
1 East Broward Boulevard, Suite 1010
Fort Lauderdale, FL 33301
**dmfletcher@hinshawlaw.com**

Robin C. Gibbs
GIBBS & BRUNS LLP
1100 Louisiana, Suite 5300
Houston, TX 77002
**rgibbs@gibbs-bruns.com**

Donald E. Godwin
GODWIN RONQUILLO PC
1201 Elm Street, Suite 1700
Dallas, TX 75270-2041
**dgodwin@godwinronquillo.com**

Herbert Boyd Greene IV
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Suite 1200
Washington, DC 20005
**bgreene@kirkland.com**

Don K. Haycraft
LISKOW & LEWIS
701 Poydras Street
One Shell Square, Suite 5000
New Orleans, LA 70139
**dkhaycraft@liskow.com**

Stephen J. Herman
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116
**sherman@hhkc.com**

Kenn Hinton
2200 Wilson Blvd.
Suite 102-004
Arlington, VA 22201

Thomas David Hoyle
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
**dhoyle@motleyrice.com**

**MDL No. 2179 - Panel Service List (CTO-2) (Continued)**

Richard J. Hymel
PREIS & ROY PLC
102 Versailles Blvd.
Suite 400
Lafayette, LA 70501
**rhymel@preisroy.com**

Jason Aron Itkin
ARNOLD & ITKIN LLP
1401 McKinney Street
Suite 2550
Houston, TX 77010
**jitkin@arnolditkin.com**

Rhon E. Jones
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES PC
218 Commerce Street
Montgomery, AL 36104
**rhon.jones@beasleyallen.com**

Cam F. Justice
JUSTICE LAW
8551 West Sunrise Blvd.
Suite 300
Plantation, FL 33322
**cjaty@aol.com**

Ky E. Kirby
BINGHAM MCCUTCHEN LLP
2020 K Street, N.W.
Washington, DC 20006
**Ky.kirby@bingham.com**

Deborah DeRoche Kuchler
KUCHLER POLK SCHELL WEINER &
RICHESON
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
**dkuchler@kuchlerpolk.com**

J. Andrew Langan
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
**andrew.langan@kirkland.com**

Raquel Yvette Lao
FRIEDMAN RODMAN & FRANK PA
3636 W. Flagler St.
Miami, FL 33135
**raquellao@gmail.com**

Arthur Joseph Laplante
HINSHAW & CULBERTSON LLP
1 East Broward Boulevard, Suite 1010
Fort Lauderdale, FL 33301
**alaplante@hinshawlaw.com**

Richard M. Lauth
EVERT WEATHERSBY & HOUFF LLC
3405 Piedmont Road, Suite 200
Atlanta, GA 30305-1764
**rmlauth@ewhlaw.com**

DeWitt M. Lovelace
LOVELACE LAW FIRM PA
12870 U.S. Highway 98 West
Suite 200
Miramar Beach, FL 32550
**dml@lovelacelaw.com**

M. Shane Lucado
LUCADO LAW FIRM
1 Perimeter Park South
Suite 125 South
Birmingham, AL 35243
**slucado@lucadolaw.com**

Christopher J. Lynch
HUNTER WILLIAMS & LYNCH
75 Valencia Avenue
Coral Gables, FL 33134
**clynch@hunterwilliamslaw.com**

George G. Mahfood
BROAD & CASSEL
One Biscayne Tower
2 South Biscayne Blvd.
21st Floor
Miami, FL 33131
**gmahfood@broadandcassel.com**

**MDL No. 2179 - Panel Service List (CTO-2) (Continued)**

Marcus Grant Matthews
PHELPS DUNBAR
700 Louisiana St.
Suite 2600
Houston, TX 77002
**marc.matthews@phelps.com**

James F. McKenzie
MCKENZIE TAYLOR & ZARZAUR PA
905 East Hatton Street
Pensacola, FL 32503
**jmckenzie@mckenzielawfirm.com**

J. Andrew Meyer
MORGAN & MORGAN PA
One Tampa City Center
201 North Franklin Street
7th Floor
Tampa, FL 33602
**ameyer@forthepeople.com**

Marcus J. Michles, II
MICHLES & BOOTH PA
501 Brent Lane
Pensacola, FL 32503
**mmichles@michlesbooth.com**

Kerry J. Miller
FRILOT LLC
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
**kmiller@frilot.com**

Audrey F. Momanaee
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400
Houston, TX 77002
**amomanaee@gardere.com**

Matthew T. Moore
ALTERS BOLDT BROWN RASH &
CULMO PA
4141 N.E. 2nd Avenue, Suite 201
Miami, FL 33137
**matthew@abbrclaw.com**

Troy J. Moore
5694 Georgia Avenue
Baker, FL 32531

Steven L. Nicholas
CUNNINGHAM BOUNDS LLC
1601 Dauphin Street
Mobile, AL 36604
**sln@cunninghambounds.com**

Steve Olen
OLEN & NICHOLAS PC
P.O. Box 1826
Mobile, AL 36633

Frank Michael Petosa
MORGAN & MORGAN PA
6824 Griffin Road
Davie, FL 33314
**fpetosa@forthepeople.com**

Daniel Phillips
1413 North Randolph Circle
Tallahassee, FL 32308

Frank A. Piccolo
PREIS & ROY PLC
Weslayan Tower
24 Greenway Plaza
Suite 2050
Houston, TX 77046
**fap@preisroy.com**

Aaron S. Podhurst
PODHURST ORSECK PA
City National Bank Building
Suite 800
25 W. Flagler Street
Miami, FL 33130-1780
**apodhurst@podhurst.com**

Christopher S. Polaszek
MILBERG LLP
2202 N Westshore Blvd.
Suite 200
Tampa, FL 33607
**cpolaszek@milberg.com**

**MDL No. 2179 - Panel Service List (CTO-2) (Continued)**

Scott E. Poynter
EMERSON POYNTER LLP
500 President Clinton Avenue
Suite 305
Little Rock, AR 72201
**scott@emersonpoynter.com**

Edwin G. Preis, Jr.
PREIS & ROY PLC
Versailles Centre
102 Versailles Blvd.
Suite 400
Lafayette, LA 70501
**epreis@preisroy.com**

Andrei V. Rado
MILBERG LLP
One Pennsylvania Plaza
48th Floor
New York, NY 10119-0165
**arado@milberg.com**

Thomas Andrew Range
AKERMAN SENTERFITT
106 E. College Avenue
Suite 1200
Tallahassee, FL 32301
**tom.range@akerman.com**

David C. Rash
ALTERS LAW FIRM PA
4141 Northeast 2nd Avenue
Suite 201
Miami, FL 33137
**david@alterslaw.com**

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
**OilSpillLitigationMDL@motleyrice.com**

Barry Richard
GREENBERG TRAURIG LLP
101 East College Avenue
P.O. Drawer 1838
Tallahassee, FL 32302-1838
**richardb@gtlaw.com**

Ronald D. Rodman
FRIEDMAN RODMAN & FRANK PA
3636 W. Flagler St.
Miami, FL 33135
**ronrod36@aol.com**

Daniel S. Rosenbaum
ROSENBAUM MOLLENGARDEN
JASSEN & SIRACUSA PLLC
250 Australian Ave.
One Clearlake Center, Suite 500
West Palm Beach, FL 33401
**drosenbaum@rmjslaw.com**

James P. Roy
DOMENGEAUX WRIGHT ET AL
P.O. Box 3668
Lafayette, LA 70502-3668
**jimr@wrightroy.com**

Richard D. Stratton
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES PC
218 Commerce Street
Montgomery, AL 36104
**rick.stratton@beasleyallen.com**

Thomas W. Taylor
ANDREWS & KURTH
600 Travis, Suite 4200
Houston, TX 77002
**ttaylor@andrewskurth.com**

Stephanie Reed Traband
JONES WALKER WAECHTER
Courvoisier Center, II
Suite 500
601 Brickell Key Drive
Miami, FL 33131
**strand@joneswalker.com**

Thomas W. Umphrey
PROVOST & UMPHREY LAW FIRM LLP
490 Park Street
P.O. Box 4905
Beaumont, TX 77704-4905
**sgreenway@provostumphrey.com**

MDL No. 2179 - Panel Service List (CTO-2) (Continued)

Spiro J. Verras
BILIRAKIS LAW GROUP LLC
4538 Bartelt Road
Holiday, FL 34690
**sverras@bilirakislaw. com**

Scott Wm. Weinstein
MORGAN & MORGAN PA
12800 University Drive, Suite 600
Fort Myers, FL 33907
**sweinstein@forthepeople.com**

Phillip A. Wittmann
STONE PIGMAN WALTHER & WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130-3588
**pwittmann@stonepigman.com**

Geoffrey Lee Womack
402 Main Street
Suite 6N
Houston, TX 77002
**glwomack@usa.net**

Robert Alan York
GODWIN RONQUILLO PC
Four Houston Center
Suite 1665
1331 Lamar
Houston, TX 77010
**ayork@godwinronquillo.com**

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"**
**IN THE GULF OF MEXICO, ON APRIL 20, 2010**                  MDL No. 2179

## INVOLVED JUDGES LIST (CTO-2)

Hon. Susan C. Bucklew
Senior U.S. District Judge
1430 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. James C. Cacheris
Senior U.S. District Judge
Albert V. Bryan Courthouse
401 Courthouse Square, Suite 21
Alexandria, VA 22314-5799

Hon. Lacey A. Collier
Senior U.S. District Judge
425 U.S. Courthouse
One North Palafox Street
Pensacola, FL 32502-5625
Lacey_Collier@flnd.uscourts.gov

Hon. Timothy J. Corrigan
U.S. District Judge
11-100 United States Courthouse
300 N. Hogan Street
Jacksonville, FL 32202

Hon. Virginia Maria Hernandez Covington
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue, Suite 1058
Tampa, FL 33206

Hon. Marcia A. Crone
U.S. District Judge
Jack Brooks Federal Building
300 Willow Street
Beaumont, TX 77701

Hon. Robert L. Hinkle
U.S. District Judge
U.S. Courthouse Annex
111 North Adams Street
Suite 595
Tallahassee, FL 32301

Hon. Charlene E. Honeywell
U.S. District Judge
United States Courthouse and Federal Building
2110 First Street, Room 6-186
Fort Myers, FL 33901

~~Hon. Lynn N. Hughes~~
~~U.S. District Judge~~
~~11122 Bob Casey U.S. Courthouse~~
~~515 Rusk Avenue~~
~~Houston, TX 77002~~

Hon. Elizabeth A. Kovachevich
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue, 17th Floor
Tampa, FL 33602

Hon. Richard A. Lazzara
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Steven D. Merryday
U.S. District Judge
15A Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Stephan P. Mickle
Chief Judge, U.S. District Court
367 Federal Building
401 Southeast First Avenue
Gainesville, FL 32601

Hon. K. Michael Moore
U.S. District Judge
1168 James Lawrence King Federal
Justice Bldg.
99 N.E. Fourth Street
Miami, FL 33132
Moore@flsd.uscourts.gov

**MDL No. 2179 - Involved Judges List (CTO-2) (Continued)**

Hon. M. Casey Rodgers
U.S. District Judge
U.S. Courthouse, Suite 460
One North Palafox Street
Pensacola, FL 32501

Hon. John Richard Smoak, Jr.
U.S. District Judge
210 Gulf Coast Bldg.
30 West Government Street
Panama City, FL 32401

Hon. C. Roger Vinson
Senior U.S. District Judge
517 U.S. Courthouse
One North Palafox Street
Pensacola, FL 32502

Hon. James D. Whittemore
U.S. District Judge
13B Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010                    MDL No. 2179

## INVOLVED CLERKS LIST (CTO-2)

Sheryl L. Loesch, Clerk
2-194 U.S. Courthouse & Federal Building
2110 First Street
Fort Myers, FL 33901

Sheryl L. Loesch, Clerk
U.S. District Court
300 North Hogan Street
Suite 9-150
Jacksonville, FL 32202-4271

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

William M. McCool, Clerk
226 U.S. Courthouse
One North Palafax Street
Pensacola, FL 32501-5625

William M. McCool, Clerk
U.S. Courthouse
111 North Adams Street
1129 Noble Street
Tallahassee, FL 32301-7795

Steven M. Larimore, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
Jack Brooks Federal Bldg. & U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

~~David J. Bradley, Clerk~~
~~United States District Court~~
~~P.O. Box 61010~~
~~Houston, TX 77208-1010~~

Fernando Galindo, Clerk
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314-5798